■ THOMAS J. APICELLA, Appellant, v CITY OF NEW YORK et al., Respondents. — Order of the Supreme Court, Kings County, dated April 2, 1981, affirmed, with $50 costs and disbursements, for the reasons stated in the opinion of Justice Pino at Special Term. Damiani, J. P., Lazer, Gulotta and Bracken, JJ., concur.